

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2021

No. 04-21-00326-CV

Amber N. **ROTH**,
Appellant

v.

Jeremy **ROTH**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI03085
Honorable Norma Gonzales, Judge Presiding

# O R D E R

To date, Appellant Amber Roth has failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay— at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellant, within ten (10) days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that she is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1. *See* TEX. R. APP. P. 42.3(c).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court